United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| KEITH BAKER, et al.,   )<br>                             )<br>                             )<br>    Plaintiffs,           )<br>                             )<br>    v.                      )<br>                             )<br>AMSTED RAIL CO., INC., )<br>                             )<br>    Defendant.           )<br>                             ) | Case Number: 12-CV-01245-MJR-SCW |

**JUDGMENT IN A CIVIL ACTION**

Pursuant to Plaintiffs' April 11, 2013 Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1), this case was dismissed without prejudice.

Dated: April 15, 2013

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge